**United States District Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| SUSQUEHANNA COMMERCIAL FINANCE, INC.<br>    PLAINTIFF<br><br>v.<br><br>KURT C. FABRICK, MD, MPH, LLC<br>    and<br>KURT C. FABRICK<br>        DEFENDANTS | CIVIL ACTION NO. ~~09-05911~~<br><br>10-931 |

### DEFENDANT KURT C. FABRICK'S SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on August 11, 2010, defendant Kurt C. Fabrick filed a voluntary petition in the United States Bankruptcy Court for the District of Massachusetts for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the case In re: Kurt C. Fabrick, Case No. 10-18706.

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of his voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's cases; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estates, of a judgment obtained before the commencement of the Debtor's cases; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

Dated: August 17, 2010

Respectfully submitted by:

_____
Yuri Levintoff, Esq.
Bay State Legal Services, LLC
150 Main Street, suite 3
Reading, MA 01867
781-872-1386 - direct